UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Idris Ladell Young,
    Petitioner,

-v-

John Davids,
    Respondent.

No. 1:18-cv-698

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: March 25, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge